# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC., | |
| Plaintiff(s), | 2:05-CV-1042-RLH-GWF |
| vs. | **O R D E R** |
| BLACKCOMB GROUP, INC., *et al.*, | |
| Defendant(s). | |

      Before this Court is the Order & Findings and Recommendation of United States Magistrate Judge (#15, filed October 27, 2006), entered by the Honorable George W. Foley, regarding Plaintiff's Ex Parte Motion to Enlarge the Period of Time for Service of Process on Gary Topolewski (#14, filed October 23, 2006). No objection was filed to Magistrate Judge Foley's Order & Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-1 and 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1) (A), (B) and (C) and Local Rule IB 3-1 and 3-2 and determines that the Order is not clearly erroneous or contrary to law and should be affirmed, and the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

. . . .

. . . .

1

1  IT IS THEREFORE ORDERED that Magistrate Judge's Order (#15) is hereby
2  affirmed and his Findings and Recommendation (#15) is ACCEPTED and ADOPTED; Plaintiff's
3  Motion is DENIED and the Complaint is DISMISSED.
4  Dated: November 27, 2006.

_____
**ROGER L. HUNT**
**U.S. District Judge**